## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEST PRICE AUTO SALVAGE, LLC. an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. CIV-21-1148-C |
| vs. | ) ) ) | |
| BEST VALUE AUTO SALVAGE, LLC. an Oklahoma limited liability company, | ) ) ) | |
| Defendant. | ) | |

## **TEMPORARY RESTRAINING ORDER**

That Best Value and its agents, servants, employees, attorneys, successors, and assigns, and any and all persons acting in concert or participating with it, or any of its successors or assigns, be both preliminarily and permanently enjoined from directly or indirectly:

    a. Using the infringing mark, or any reproduction, counterfeit, copy, or colorable imitation of the same, in any form, in connection with its operation as a business in the automobile salvage business; and

    b. Using the infringing mark, or any other design or trademark that is confusingly similar to the infringing marks, in any manner likely to cause others to believe that Best Value's goods or services are endorsed, sponsored by, or affiliated with Best Price.

That Best Value, and any and all persons controlled by or acting in concert with Best Value be required to deliver to Best Price for destruction all materials that bear or depict the infringing mark or any other trademark that is confusingly similar to the BEST PRICE AUTO SALVAGE mark, or that there are otherwise in violation of this Court's order issued pursuant hereto.

Plaintiffs shall post security of $500.00 as a condition of issuance of this Temporary Restraining Order.

This Temporary Restraining Order is issued on January _7th_, 2022. This Temporary Restraining Order shall remain in effect for **10** days following the date and time Plaintiffs posts security for this Temporary Restraining Order unless, within that time, an order is entered extending or vacating the Temporary Restraining Order.

Defendants are hereby directed to appear and show cause at a hearing on **JANUARY 11, 2022,** at _**10:30 AM**_ a.m./p.m. before the Honorable Robin J. Cauthron, why a preliminary injunction should not issue pending a trial on the merits in this action.

IT IS SO ORDERED this 7th day of January, 2022.

ROBIN J. CAUTHRON
United States District Judge