## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEST PRICE AUTO SALVAGE, LLC. an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. CIV-21-1148-C |
| vs. | ) ) ) | |
| BEST VALUE AUTO SALVAGE, LLC. an Oklahoma limited liability company, | ) ) ) | |
| Defendant. | ) | |

## **PRELIMINARY INJUNCTION**

As set forth more fully in the Court's Memorandum Opinion issued this date, the Court finds that Plaintiff is entitled to a Preliminary Injunction. Accordingly, to the extent the following was not completed during the pendency of the Temporary Restraining Order, Best Value Auto Salvage and its agents, servants, employees, attorneys, successors, and assigns, and any and all persons acting in concert or participating with it, or any of its successors or assigns, is preliminarily enjoined from directly or indirectly:

> a. Using the infringing mark, or any reproduction, counterfeit, copy, or colorable imitation of the same, in any form, in connection with its operation as a business in the automobile salvage business; and

> b. Using the infringing mark, or any other design or trademark that is confusingly similar to the infringing marks, in any manner likely to cause

others to believe that Best Value's goods or services are endorsed, sponsored by, or affiliated with Best Price; and

That Best Value, and any and all persons controlled by or acting in concert with Best Value, is required to deliver to Best Price for destruction all materials that bear or depict the infringing mark or any other trademark that is confusingly similar to the BEST PRICE AUTO SALVAGE mark, or that are otherwise in violation of this Court's order issued pursuant hereto.

IT IS SO ORDERED this 18th day of January 2022.

*(signature)*

ROBIN J. CAUTHRON
United States District Judge